

No. 14–0604/NA. U.S. v. Donald J. McAllister. CCA 201300086. Appellant's motion for leave to submit ex parte filing denied, and Appellant's motion to seal ex parte filing denied as moot.

No. 14–0648/AR. U.S. v. Blake C. Baker. CCA 20120420. Appellant's motion to substitute a corrected supplement to the petition for grant of review granted.

Friday, August 29, 2014

No. 14–0805/NA. U.S. v. Christopher Januski. CCA 201300210. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to September 18, 2014.